Form ACA-1632 (5-49)                                              Page 1 of 4 pages

**DEPARTMENT OF COMMERCE**
**CIVIL AERONAUTICS ADMINISTRATION**
**WASHINGTON 25**

# GRANT AGREEMENT

## Part I – Offer

Date of Offer **May 20, 1959**
**Boulder Municipal** Airport
Project No. **9-05-029-5901**
Contract No. **FA4-195**

TO:   **The City of Boulder, Colorado**
      (herein referred to as the "Sponsor")

FROM: The United States of America (acting through the Administrator of
      Civil Aeronautics, herein referred to as the "Administrator")

WHEREAS, the Sponsor has submitted to the Administrator a Project Application dated **May 20, 1958** for a grant of Federal funds for a project for development of the **Boulder Municipal** Airport (herein called the "Airport"), together with plans and specifications for such project, which Project Application, as approved by the Administrator, is hereby incorporated herein and made a part hereof; and

WHEREAS, the Administrator has approved a project for development of the Airport (herein called the "Project") consisting of the following described airport development:

**Land acquisition (Parcel A and clear zone easements each end E/W runway); construct E/W runway (approximately 4100' x 75'); relocate existing fence (approximately 1960') and install new fence (approximately 2930')**

all as more particularly described in the property map and plans and specifications incorporated in the said Project Application;

NOW THEREFORE, pursuant to and for the purposes of carrying out the provisions of the Federal Airport Act (60 Stat. 170; Pub. Law 377, 79th Congress), and in consideration of (a) the Sponsor's adoption and ratification of the representations and assurances contained in said Project Application, and its acceptance of this Offer, as hereinafter provided, and (b) the benefits to accrue to the United States and the public from the accomplishment of the Project and the operation and maintenance of the Airport, as herein provided,

16—54957-2                                                        Form ACA-1632
                                                                  (5-49)

THE ADMINISTRATOR, FOR AND ON BEHALF OF THE UNITED STATES, HEREBY OFFERS AND AGREES to pay, as the United States' share of costs incurred in accomplishing the project, 53.28 per centum of all allowable project costs, subject to the following terms and conditions:

1. The maximum obligation of the United States payable under this Offer shall be $52,866.00

2. The Sponsor shall

    (a) begin accomplishment of the Project within a reasonable time after acceptance of this Offer, and

    (b) carry out and complete the Project in accordance with the terms of this Offer, and the Federal Airport Act and the Regulations promulgated thereunder by the Administrator in effect on the date of this Offer, which Act and Regulations are incorporated herein and made a part hereof, and

    (c) carry out and complete the Project in accordance with the plans and specifications and property map incorporated herein as they may be revised or modified with the approval of the Administrator or his duly authorized representatives.

3. The Sponsor shall operate and maintain the Airport as provided in the Project Application incorporated herein.

4. The Administrator having determined that no space in airport buildings will be required by any civil agency of the United States for the purposes set forth in Paragraph 9 of Part III of the Project Application, the provisions of said paragraph shall be deemed to be of no force or effect.

5. Any misrepresentation or omission of a material fact by the Sponsor concerning the Project or the Sponsor's authority or ability to carry out the obligations assumed by the Sponsor in accepting this Offer shall terminate the obligation of the United States, and it is understood and agreed by the Sponsor in accepting this Offer that if a material fact has been misrepresented or omitted by the Sponsor, the Administrator on behalf of the United States may recover all grant payments made.

6. The Administrator reserves the right to amend or withdraw this Offer at any time prior to its acceptance by the Sponsor.

7. This Offer shall expire and the United States shall not be obligated to pay any of the allowable costs of the Project unless this Offer has been accepted by the Sponsor within 60 days from the above date of Offer or such longer time as may be prescribed by the Administrator in writing.

16—54957-2

Form ACA-1632
(5-49)

*Satisfied Per WE-7 Opinion dated 6-24-64*

8. It is hereby understood and agreed by and between the parties hereto that the sponsor will acquire a fee title or such lesser property interests as may be found satisfactory to the Administrator to those two areas identified as "clear zones" on the property map attached hereto and identified as Exhibit "A"; and that the United States will not make nor be obligated to make any payments involving said "clear zones" nor final payment hereunder, until the sponsor has submitted evidence that it has acquired a fee title or such lesser property interest as may be found satisfactory to the Administrator in and to the land comprising said "clear zones" subject to no liens, encumbrances, reservations or exceptions which in the opinion of the Administrator might create an undue risk of interference with the use and operation of the airport.

9. By its acceptance hereof, the sponsor hereby covenants that to the extent it has or may have either present or future control over each area identified on the Exhibit "A" as "clear zone", and unless exceptions to or deviations from the following obligations have been granted to it in writing by the Administrator, it will clear said area or areas of any existing structure or any natural growth which constitutes an obstruction to air navigation within the standards established by Federal Aviation Agency Technical Standard Order N18; and the sponsor further covenants that it will control the subsequent erection of structures and control natural growth to the extent necessary to prevent the creation of obstructions within said standards.

10. It is understood and agreed by and between the parties hereto that the terms "Administrator of Civil Aeronautics", "Administrator", "Civil Aeronautics Administration", "Department of Commerce", "CAA" or "Section 303 of the Civil Aeronautics Act of 1938" wherever they appear in this Agreement, in the Project Application, plans and specifications or in any other documents constituting a part of this Agreement shall be deemed to mean the Federal Aviation Agency or the Administrator thereof or Section 308(a) of the Federal Aviation Act of 1958, as the case may be.

CERTIFICATE OF SPONSOR'S ATTORNEY

I, _____, acting as Attorney for _____ do hereby certify:

That I have examined the foregoing Grant Agreement and the proceedings taken by said City of Boulder relating thereto, and find that the Acceptance thereof by said City of Boulder has been duly authorized and that the execution thereof is in all respects due and proper and in accordance with the laws of the State of Colorado; and further that, in my opinion, said Grant Agreement constitutes a legal and binding obligation of the City of Boulder, Colorado in accordance with the terms thereof.

Dated at Boulder, Colorado this _____ day of _____ 19__

Title _____

The Sponsor's acceptance of this Offer and ratification and adoption of the Project Application incorporated herein shall be evidenced by execution of this instrument by the Sponsor, as hereinafter provided, and said Offer and acceptance shall comprise a Grant Agreement, as provided by the Federal Airport Act, constituting the obligations and rights of the United States and the Sponsor with respect to the accomplishment of the Project and the operation and maintenance of the Airport. Such Grant Agreement shall become effective upon the Sponsor's acceptance of this Offer and shall remain in full force and effect throughout the useful life of the facilities developed under the Project but in any event not to exceed twenty years from the date of said acceptance.

UNITED STATES OF AMERICA
THE ADMINISTRATOR OF CIVIL AERONAUTICS

By _____
Regional Administrator, Region IV (LA)
FEDERAL AVIATION AGENCY

Part II - Acceptance

The City of Boulder, Colorado does hereby ratify and adopt all statements, representations, warranties, covenants, and agreements contained in the Project Application and incorporated materials referred to in the foregoing Offer and does hereby accept said Offer and by such acceptance agrees to all of the terms and conditions thereof.

Executed this 3rd day of June 1959.

THE CITY OF BOULDER, COLORADO
(Name of Sponsor)

By _____

(SEAL)

Title Mayor, City of Boulder, Colorado

Attest: _____

Title: Dir. of Finance Read

CERTIFICATE OF SPONSOR'S ATTORNEY

I, Guy A. Hollenbeck, acting as Attorney for City of Boulder, do hereby certify:

That I have examined the foregoing Grant Agreement and the proceedings taken by said City of Boulder relating thereto, and find that the Acceptance thereof by said City of Boulder has been duly authorized and that the execution thereof is in all respects due and proper and in accordance with the laws of the State of Colorado, and further that, in my opinion, said Grant Agreement constitutes a legal and binding obligation of the City of Boulder, Colorado in accordance with the terms thereof.

Dated at Boulder, Colorado this 3rd day of June 1959.

_____
Title City Attorney

U. S. GOVERNMENT PRINTING OFFICE    16—54957-2

Form ACA-1632
(5-49)