BOOK 1100 PAGE 600

Filed for record this 6th day of Feb. A. D. 19 59 at 9:56 o'clock A.

No. 628866                                        MILTON E. TSCHICHE   RECORDER.

## Know all Men by these Presents, That I,

MICHAEL L. STENGEL

of the County of BOULDER and State of COLORADO for the
consideration of FIVE THOUSAND DOLLARS ($5,000.00) and other good and valuable
consideration
in hand paid, hereby sell and convey to the City of BOULDER, COLORADO, a municipal corporation
organized and existing under and by virtue of the Laws of Colorado
of the County of BOULDER and the State of COLORADO the
following real property situate in the County of BOULDER and State of Colorado, to-wit:

"The North 655 feet of the SW¼ of the NW¼ and
the North 655 feet of the W½ of the SE¼ of
the NW¼ of Section 22, Township 1 North,
Range 70 West of the 6th P. M., Boulder
County, State of Colorado, subject, however,
to the use of 30 feet off of the North Side
of the SW¼ of the NW¼ of said Section 22
for public road purposes."

TRACT 1

with all its appurtenances and warrant the title to the same except as to the North 30 feet
of the SW¼ of the NW¼ of said Section 22 used for public road purposes

Signed and delivered this 3rd day of February A. D. 19 59
IN THE PRESENCE OF

Michael L. Stengel

STATE OF COLORADO, } ss.
County of BOULDER

The foregoing instrument was acknowledged before me this
3rd day of February 19 59
by Michael L. Stengel
Witness my hand and official seal.
My commission expires Aug. 26, 196 f

Carl K. Carpel
NOTARY PUBLIC.

*If acting in official or representative capacity, insert name and also office or capacity and for whom acting.

500-AP—Revised   WARRANTY DEED Statutory Form—Out West Printing and Stationery Co., Colorado Springs, Colo.