Recorded
Reception No. 724045

APR 16 1963

11:05   A.
at_____O'clock_____W
Milton E. Tschiche, Recorder

BOOK 1275 PAGE 215

IN   THE   DISTRICT   COURT   IN   AND   FOR   THE

COUNTY   OF   BOULDER   AND

STATE   OF   COLORADO

Civil Action No.  16408

CITY OF BOULDER,
a municipal corporation,

　　　　　　Petitioner,

　　　vs.

THE BOULDER AND LEFT HAND
IRRIGATION COMPANY; LESTER E.
MANCHESTER; FREDA R. McINTOSH
as Treasurer of Boulder County;
and ALL UNKNOWN PERSONS who may
claim any interest in the subject
matter of this action,

　　　　　　Respondents.

RULE   AND   ORDER

THIS MATTER came on regularly for hearing this day upon the Commissioners' Certificate of Ascertainment and Assessment filed herein on the 21st day of February, 1963, which Commission was duly appointed to determine the compensation to be allowed the respondents interested in the property rights herein involved;

The Court finds that it has full and complete jurisdiction herein as to the subject matter of this action and the parties thereto; that service has been made upon all interested parties as required by law; and that the Commission after hearing the proofs and allegations of the parties, and after viewing the premises, did find and determine in accordance with the laws of the State of Colorado in such cases made and provided;

　　(1)　That Exhibit "A", attached hereto, pertaining to
　　　　　parcels Nos. 1 and 2, is an accurate description

BOOK 1275 PAGE 216

of the lands over which petitioner is acquiring
clear zone easements; and that the extent of said
easements is shown on Exhibit "B", also attached
hereto.

(2) That the value of the land or property actually
taken is

Parcel 1    $   250.00
Parcel 2    $   750.00

(3) That the damages, if any, to the residue of the
subject land or property are

Parcel 1    $   None
Parcel 2    $   None

(4) That the amount and value of the benefit, if any,
is

Parcel 1    $   None
Parcel 2    $   None

The Court further finds that the petitioner has deposited
with the Clerk of this Court the sum of $1,120.00, $1,000.00
of which shall be paid to the respondents for the taking of
the property rights herein condemned and $120.00 of which shall
be paid to the Commissioners; it is, therefore;

ORDERED, ADJUDGED AND DECREED that the petitioner has law-
fully acquired, pursuant to the statutes and Constitution of
the State of Colorado, clear zone easements over that property
described in Exhibit A (Parcels 1 and 2), attached hereto and
incorporated herein by reference, which clear zone easements
are more fully described and detailed in Exhibit B, attached
hereto and incorporated herein by reference, and that title to
                              said
the area within/clear zone easements is hereby vested perpetually
in the petitioner for the uses and purposes set forth in the

- 2 -

Unofficial Copy

BOOK 1275 PAGE 217

Petition in Condemnation herein, and;

IT IS FURTHER ORDERED that a certified copy of this Rule and Order be recorded and indexed in the office of the Clerk and Recorder of Boulder County, Colorado, in like manner and with life effect as if it were a deed of conveyance from the owners and parties interested to the petitioner herein.

DATED this _____ ~~7 day of February, 1963~~ 27th day of March, 1963.

ATTEST: TRUE COPY

Dated _April 15 1963_

_Chas. E. Snively_
Clerk of District Court
Boulder County, Colorado

By _____
Deputy

BY THE COURT:

_Donald A. Carpenter_
JUDGE

Unofficial Copy

BOOK 1275 PAGE 218

EXHIBIT "A"


PARCEL NO. 1


Commencing at the Northwest Corner of the Southwest Quarter
of the Northeast Quarter of Section 21, Township 1 North,
Range 70 West of the 6th Principal Meridian, Boulder County,
Colorado; thence South 00° 07' 10" East a distance of 241.95
feet to the true point of beginning; thence South 84° 20' 02"
East a distance of 189.69 feet; thence North 89° 57' 20" East
a distance of 84.07 feet; thence South 08° 00' 00" West a
distance of 6.58 feet; thence South 35° 25' 00" West a distance
of 310.87 feet; thence South 84° 14' 42" West a distance of
907.30 feet; thence North 00° 02' 40" West a distance of
450.00 feet; thence South 84° 20' 02" East a distance of
815.30 feet to the true point of beginning, containing 8.020
acres, more or less.


PARCEL NO. 2


Commencing at the NE corner of NW 1/4, SE 1/4, NW 1/4,
Section 22, Township 1 North, Range 70 West, 6th P.M.,
Boulder County, Colorado; thence South 00° 20' 40" East
a distance of 247.93 feet to the true point of beginning;
thence North 89° 57' 20" East, a distance of 103.32 feet;
thence North 81° 06' 49" East, a distance of 455.41 feet;
thence South 00° 02' 40" East, a distance of 390.00 feet;
thence North 81° 12' 09" West, a distance of 455.41 feet;
thence North 89° 57' 20" West, a distance of 102.01 feet;
thence North 00° 20' 40" West, a distance of 250.00 feet
to the true point of beginning; containing 3.301 acres,
more or less.


EXHIBIT "A"
PARCEL NO. 1
PARCEL NO. 2

### EXHIBIT B (Parcel 1)

All of that area above the surface of an inclined plane over
the property described in Exhibit A which inclined plane has
a slope of 20 to 1 (one foot of elevation for each 20 feet
of horizontal distance) and which has an elevation of 5,287.5
feet (mean sea level) at its inner and lower edge (Line A-B)
and an elevation of 5,337.5 feet at the outer and upper edge
(Line C-D) as shown on the diagram below.



Unofficial Copy

BOOK **1275** PAGE **220**

EXHIBIT B (Parcel 2)

All of that area above the surface of an inclined plane over
the property described in Exhibit A which inclined plane has
a slope of 20 to 1 (one foot of elevation for each 20 feet
of horizontal distance) and which has an elevation of 5,278
feet (mean sea Level) at its inner and lower edge (Line A-B)
and an elevation of 5,300.5 feet at its outer and upper edge
(Line C-D) as shown on the diagram below.



NOTE

ELEVATIONS REFER TO U.S.C.G.S. ELEV.
BENCH MARK ASSUMED AS 100.00'
APPROXIMATE EQUATION FOR MEAN
SEA-LEVEL DATUM = 100' = 5282'

1. SCALE: HORIZ. 1" = 200'
   VERTICAL (ELEV.) 1" = 20'
2. PARCEL BOUNDARY LINE
3. PORTION OF PARCEL WITHIN
   CLEAR ZONE APPROACH AREA
   SHOWN BY HATCH LINES THUS

EXHIBIT "A"
MARCH 1959