FILM 956   Recorded at 3:59 o'clock P. M., MAR 16 1977   3-1
Reception No. 214698   CLELA A. ROREX   BOULDER   Recorder.

THIS DEED, Made this 15th day of MARCH, 1977, between

WILLIAM W. REYNOLDS,

of the County of Boulder, and State of Colorado, of the first part, and

CITY OF BOULDER, A Colorado municipal corporation,

a corporation duly organized and existing under and by virtue of the laws of the State of Colorado, of the second part;

WITNESSETH, That the said part y of the first part, for and in consideration of the sum of

One Hundred Twelve Thousand and no/100 - - - - - - - - - - DOLLARS,

to the said part y of the first part in hand paid by the said party of the second part, the receipt whereof is hereby confessed and acknowledged, ha s granted, bargained, sold and conveyed, and by these presents do es grant, bargain, sell, convey and confirm, unto the said party of the second part, its successors and assigns forever, all of the following described             or parcel     of land, situate, lying and being in the
County of Boulder, and State of Colorado, to-wit:

A parcel of real property situate in the South one-half of the Northwest one-quarter of Section 21, T. 1 N., R. 70 W. of the 6th P.M., described as follows:
Commencing at the West one-quarter corner of Section 21, T. 1 N., R. 70 W. of the 6th P.M.; thence N 89°48'30" E, 95.65 feet along the East-West centerline of said Section 21 to the East right-of-way of the Colorado and Southern Railroad; thence N 25°08'10" E, 1188.46 feet along the East right-of-way of the Colorado and Southern Railroad to the TRUE POINT OF BEGINNING; thence N 25°08'10" E, 276.64 feet along the East right-of-way of the Colorado and Southern Railroad to the North line of the South one-half of the Northwest one-quarter of said Section 21; thence N 89°47'00" E, 1669.18 feet along the North line of the South one-half of the Northwest one-quarter of said Section 21, said North line also being the centerline of Boulder County Road No. 46; thence S 63°51'10" W, 142.22 feet; thence S 66°49'36" W, 233.96 feet; thence S 48°25'10" W, 146.11 feet; thence S 89°47'00" W, 1384.65 feet parallel to the North line of the South one-half of the Northwest one-quarter of said Section 21 to the TRUE POINT OF BEGINNING, reserving, however, unto the party of the first part, his heirs and assigns, an easement for utility purposes over, under and across the Westerly 40 feet of said real property.

This conveyance is made subject to all easements, rights of way, reservations and restrictions of record.

also known as street and number

No. 995. Rev. '65—WARRANTY DEED—Long Form Individual to Corporation.
—Bradford Publishing Co., 1824-46 Stout Street, Denver, Colorado

956

3-2

**TOGETHER** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof; and all the estate, right, title, interest, claim and demand whatsover of the said part y    of the first part, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances.

**TO HAVE AND TO HOLD** the said premises above bargained and described, with the appurtenances unto the said party of the second part, its successors and assigns forever. And the said

part y    of the first part, for him sel f , his heirs, executors and administrators, do es covenant, grant, bargain and agree to and with the said party of the second part, its successors and assigns, that at the time of the ensealing and delivery of these presents    he is    well seized of the premises above conveyed, as of good, sure, perfect, absolute and indefeasible estate of inheritance, in law, in fee simple, and ha s    good right, full power and lawful authority to grant, bargain, sell and convey the same in manner and form aforesaid, and that the same are free and clear from all former and other grants, bargains, sales, liens, taxes, assessments and incumbrances of whatever kind or nature soever. except general real property taxes for the year 1977 , payable in the year 1978, which taxes the party of the second part assumes

and agrees to pay;

and the above bargained premises in the quiet and peaceable possession of the said party of the second part, its successors and assigns, against all and every person or persons lawfully claiming or to claim the whole or any part thereof, the said part y of the first part shall and will WARRANT AND FOREVER DEFEND.

IN WITNESS WHEREOF, The said part y of the first part ha s hereunto set his hand and seal the day and year first above written.

Signed, Sealed and Delivered in Presence of

.....................(SEAL)
William W. Reynolds
.....................(SEAL)
.....................(SEAL)
.....................(SEAL)
.....................(SEAL)
.....................(SEAL)

STATE OF COLORADO, } ss.
County of Boulder.

The foregoing instrument was acknowledged before me this *15th* day of *March* 19 *77*, by William W. Reynolds.

My commission expires *May 9*, 19 *79*. Witness my hand and official seal.

*Margie Lou Lawrence*
Notary Public.

Unofficial Copy