#01130181 09/16/91 12:20 PM REAL ESTATE RECORDS
F1692 CHARLOTTE HOUSTON BOULDER CNTY CO RECORDER

## GRANT OF EASEMENT

Kenneth Eugene Cline, Jr., Thomas Foster Cline, Steven Eric Cline and Jean F. Burgoon, formerly Jean F. Cline ("Grantors"), whose address is 5555 Valmont Road, Boulder, CO 80301, for FIVE THOUSAND EIGHT HUNDRED and NO/100 DOLLARS, do hereby grant, bargain, sell and convey to the City of Boulder, a Colorado home rule city (the "City"), the address of which is 1777 Broadway, Boulder, Colorado 80302, a non-exclusive easement for the installation, construction, repair, maintenance, and reconstruction of a berm with a mass and slope adequate to provide lateral and subjacent support of an airplane taxiway constructed or to be constructed on adjacent property owned by the City and used in conjunction with the City of Boulder Municipal Airport, together with all rights and privileges as are necessary or incidental to the reasonable and proper use of such easement in and to, over, under and across the following real property, situated in Boulder County, Colorado, to-wit:

See attached Exhibit A

The City shall construct, install and adequately maintain the berm and landscaping on the berm. Such landscaping shall be sufficient to reasonably protect the berm from erosion and be acceptable to the Federal Aviation Administration.

Notwithstanding anything to the contrary herein, it is specifically agreed that any landscaping installed by either party in the easement shall not penetrate the floor of the Transitional Surface Slope of the Boulder Municipal Airport as defined by Federal Aviation Administration regulations.

Grantors, for themselves and for their heirs, successors and assigns, do hereby covenant and agree that no permanent structure or improvement shall be placed on said easement and right-of-way by themselves or their heirs, agents, lessees, successors or assigns, and that the City's use of such easement shall not otherwise be obstructed or interfered with.

Grantors warrant their ability to grant and convey this easement.

The terms of this easement shall be binding upon the Grantors, their heirs, agents, lessees and assigns, and all other successors to them in interest in the subject property or any part thereof, and shall continue as a servitude running in perpetuity with the above described property,

IN WITNESS WHEREOF, Grantors have caused this instrument to be duly executed as of this 12th day of September, 1991.

_____
Kenneth Eugene Cline, Jr.

_____
Steven Eric Cline

Thomas Foster Cline by Kenneth E Cline
his agent and attorney in fact
_____
Thomas Foster Cline

Jean F Burgoon by Kenneth E Cline
her agent and attorney in fact
_____
Jean F. Burgoon
formerly Jean F. Cline

4-2

STATE OF COLORADO      )
                       )ss.
COUNTY OF BOULDER      )

The foregoing instrument was acknowledged before me this 12th day of September, 1991, by Kenneth Eugene Cline, Jr.; Steven Eric Cline; and Thomas Foster Cline and Jean F. Burgoon by Kenneth E. Cline as Attorney in Fact.

Witness my hand and official seal.

My commission expires: February 14, 1992

_____
Notary Public

## LEGAL DESCRIPTION

A 65.00 FOOT STRIP OF LAND FOR A SLOPE EASEMENT LOCATED IN SECTION 22, T1N, R70W, OF THE 6TH P.M., ALONG THE NORTHERN LINE OF A TRACT OF LAND DESCRIBED ON FILM 1651 AT RECEPTION NUMBER 1074089 IN THE BOULDER COUNTY RECORDS MORE PARTICULARLY DESCRIBED AS FOLLOWS;

COMMENCING AT THE NORTHEAST CORNER OF THE W1/2,NE1/4,OF THE SW1/4,OF SAID SECTION 22 AS DESCRIBED ON FILM 1651 AT RECEPTION NUMBER 1074089;

THENCE N $00°16'17"$W, 665.38 FEET ALONG THE EAST LINE OF THE W1/2,SE1/4,NW1/4 OF SECTION 22 TO THE SOUTHEAST CORNER OF THE NORTH 655 FEET OF THE W1/2,SE1/4,NW1/4 OF SAID SECTION 22 AND THE <u>POINT OF BEGINNING</u>;

THENCE N $89°39'33"$W, 653.25 FEET ALONG THE NORTH LINE OF SAID PARCEL ON FILM 1651 AT RECEPTION NUMBER 1074089;

THENCE S $00°09'11"$E, 65.00 FEET;

THENCE S $89°39'33"$E, 653.38 FEET TO A POINT ON THE EAST LINE OF THE W1/2,SE1/4,NW1/4 OF SAID SECTION 22;

THENCE N $00°16'17"$W, 65.00 FEET ALONG THE SAID EAST LINE OF THE W1/2,SE1/4,NW1/4, OF SECTION 22, TO THE <u>POINT OF BEGINNING</u>.

SAID EASEMENT CONTAINS 42,465 SQ. FT. OR 0.97 ACRES.

AIRPORT SLOPE EASE.

# EXHIBIT A

4-4

NORTH PARCEL LINE
FILM 1651, RCPTN NO. 1074089
N 89°39'33"W   653.25'

P.O.B

65' PERMANENT SLOPE EASEMENT

S 89°39'33"E   653.38'

LAKECENTRE

*Unofficial Copy*

| LINE | BEARING | DISTANCE |
|------|---------|----------|
| L 1  | S 00°09'11"E | 65.00' |
| L 2  | N 00°16'17"W | 65.00' |

EAST LINE OF
W1/2, SE1/4, NW1/4 OF
SEC. 22, T1N, R70W

N 00°16'17"W   665.38'

N

SCALE: 1" = 200'

NE COR OF W1/2, NE1/4,
SW1/4, SEC. 22, T1N, R70W

8/10/91   18391LDA.DWG
PROJECT NO. 183C0B-91

EXHIBIT MAP:

Proposed 65' Permanent
Slope Easement
across Cline Property
In Section 22, T1N, R70W



BOULDER LAND CONSULTANTS

4150 AMBER PLACE
BOULDER, COLORADO 80304
303 • 443 • 3616