


Boulder Municipal Airport — Airport Master Plan Update — Figure E8 — Airport Property Map