IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-02057-NYW-MEH

CITY OF BOULDER, a home rule municipality established under the Constitution and laws of the State of Colorado,

    Plaintiff,

v.

UNITED STATES OF AMERICA,
FEDERAL AVIATION ADMINISTRATION, an agency of the U.S. Department of Transportation, and
MICHAEL G. WHITAKER, in his official capacity as Administrator of the Federal Aviation Administration,

    Defendants.

## JOINT MOTION TO AMEND BRIEFING SCHEDULE

Plaintiff City of Boulder (the "City") and Defendants United States of America, the Federal Aviation Administration ("FAA"), and Michael G. Whitaker, in his official capacity as Administrator of the FAA (collectively, "Defendants"), jointly move to amend the briefing schedule for Defendants' anticipated motion to dismiss. The proposed amendment will add only seven days to the overall briefing schedule. Good cause supports this motion.

1.    The City filed this action on July 26, 2024. This case concerns whether the City has an obligation to continue operations of the Boulder Municipal Airport beyond 2040. The City brings four constitutional claims—based on (1) separation of powers, (2) the Spending Clause, (3) the Tenth Amendment, and (4) the Due Process

1

Clause of the Fifth Amendment—and a Quiet Title Act claim.

2. The parties jointly proposed a briefing schedule for Defendants' anticipated motion to dismiss, which the Court ordered. *See* ECF Nos. 15 & 17. The deadlines are as follows:

| Filing | Current Deadline |
|---|---|
| Defendants' Motion to Dismiss | October 23, 2024 |
| The City's Response | December 6, 2024 |
| Defendants' Reply | January 10, 2025 |

3. Since the Court set the briefing schedule, the parties have worked collaboratively to develop a proposed scheduling order.

4. Defendants have been preparing their motion and initial disclosures. However, Defendants now anticipate needing 9 extra days to file their motion, due to pre-planned leave of counsel, other unavoidable scheduling conflicts, and a revised assessment of the time needed to analyze the claims and defenses.

5. The parties have agreed to amend the schedule as follows:

| Filing | Proposed Deadline | Length of Extension |
|---|---|---|
| Defendants' Motion to Dismiss | November 1, 2024 | 9 days |
| The City's Response | December 17, 2024 | 11 days |
| Defendants' Reply | January 17, 2025 | 7 days |

6. This proposed amended schedule would add only one week to the overall briefing schedule.

7. This is the second extension of Defendants' deadline to respond to the Complaint. *See* ECF No. 15 (first joint extension motion). Counting the nine-day extension sought here, Defendants will have received a total of 35 additional days to

respond to the Complaint.

8. These extensions are not sought for the purpose of delay, and no party will be prejudiced. The parties jointly propose this schedule.

9. The proposed schedule will not affect other deadlines currently set in this case.

10. Per D.C.COLO.LCivR 6.1(c), a copy of this motion will be served contemporaneously on a representative of each party.

## CONCLUSION

The parties respectfully request that the Court amend or set the following initial case deadlines:

- Defendants' motion to dismiss:  November 1, 2024
- City's response to Defendants' motion to dismiss:  December 17, 2024
- Defendants' reply in support of motion to dismiss:  January 17, 2025

Respectfully submitted on October 10, 2024.

| | |
|---|---|
| KAPLAN KIRSCH LLP | MATTHEW T. KIRSCH<br>Acting United States Attorney |
| s/ Steven Lloyd Osit<br>**Steven Lloyd Osit**<br>Megan Riley Scott<br>Samantha R. Caravello<br>1675 Broadway, Ste. 2300<br>Denver, Colorado 80202<br>Telephone: (303) 725-8000<br>Email: sosit@kaplankirsch.com<br>Email: rscott@kaplankirsch.com<br>Email: scaravello@kaplankirsch.com | s/ Thomas A. Isler<br>**Thomas A. Isler**<br>Assistant United States Attorney<br>1801 California Street, Ste. 1600<br>Denver, Colorado 80202<br>Telephone: (303) 454-0336<br>E-mail: thomas.isler@usdoj.gov<br>*Counsel for Defendants* |

William Eric Pilsk
1634 Eye Street NW, Ste. 300
Washington, D.C. 20006
Telephone: (202) 955-5600
Email: eplisk@kaplankirsch.com

-and-

BOULDER CITY ATTORNEY'S OFFICE

Luis Angel Toro
Teresa Taylor Tate
Veronique M. Van Gheem
P.O. Box 791
1777 Broadway
Boulder, Colorado 80306
Telephone: (303) 441-3020
Email: torol@bouldercolorado.gov
Email: tatet@bouldercolorado.gov
Email: vangheemv@bouldercolorado.gov

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 10, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will serve all counsel of record:

Luis Angel Toro
Megan Riley Scott
Samantha R. Caravello
Teresa Taylor Tate
Veronique M. Van Gheem
William Eric Pilsk
Steven Lloyd Osit
*Counsel for Plaintiff*

A copy of this motion will be served contemporaneously via e-mail on a representative of the FAA, Courtney Adolph, Manager, Airport Law Branch, Airport & Environmental Law Division.

s/ Thomas A. Isler
***Thomas A. Isler***
Assistant United States Attorney