IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-02057-NYW-CYC

CITY OF BOULDER, a home rule municipality established under
the Constitution and laws of the State of Colorado,

    Plaintiff,

v.

UNITED STATES OF AMERICA,
THE FEDERAL AVIATION ADMINISTRATION, an agency of the
U.S. Department of Transportation, and
MICHAEL G. WHITAKER, in his official capacity as Administrator
of the Federal Aviation Administration,

    Defendants.

## MOTION TO WITHDRAW AS COUNSEL

Megan Riley Scott respectfully requests that this Court withdraw her appearance as co-counsel for plaintiff City of Boulder (the "City"). Ms. Scott is departing the law firm of Kaplan Kirsch LLP as of February 14, 2025, to attend to personal matters.

Withdrawal of Ms. Scott as co-counsel will not prejudice the City's position in this case. Steven Lloyd Osit, Samantha R. Caravello, and William Eric Pilsk of Kaplan Kirsch LLP, and Luis Angel Toro, Teresa Taylor Tate, and Veronique M. Van Gheem of the Boulder City Attorney's Office, who are counsel of record, will continue to represent the City. Notice of this Motion to Withdraw as Counsel will be served upon the client and all counsel of record via the CM/ECF system. Withdrawal of Ms. Scott as co-counsel is proper for good cause shown. *See* D.C.COLO.LAttyR 5(b).

Respectfully submitted on February 13, 2025.

*s/ Megan Riley Scott*
Megan Riley Scott
1675 Broadway, Ste. 2300
Denver, Colorado 80202
Telephone: (303) 725-8000
Email: rscott@kaplankirsch.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will serve Defendants' counsel of record:

Thomas A. Isler
Assistant United States Attorney
*Counsel for Defendants*

A copy of this motion will be served contemporaneously via the CM/ECF system on representatives for plaintiff City of Boulder:

Luis Angel Toro, Senior Counsel, City of Boulder
Teresa Taylor Tate, City Attorney, City of Boulder
Veronique M. Van Gheem, Assistant City Attorney III, City of Boulder

Steven Lloyd Osit
Samantha R. Caravello
William Eric Pilsk
*Counsel for Plaintiff*

*s/ Megan Riley Scott*
Megan Riley Scott
