IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-02057-NYW-CYC

CITY OF BOULDER,

    Plaintiff,

v.

UNITED STATES OF AMERICA,
THE FEDERAL AVIATION ADMINISTRATION, and
BRYAN BEDFORD, in his official capacity as Administrator of the Federal Aviation Administration,

    Defendants.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Memorandum Opinion and Order entered by United States District Judge Nina Y. Wang on September 15, 2025 [Doc. 38], it is

ORDERED that Defendants' Motion to Dismiss [Doc. 26] is GRANTED.  It is

FURTHER ORDERED that Plaintiff's Quiet Title Act claim is DISMISSED without prejudice for lack of subject matter jurisdiction.  It is

FURTHER ORDERED that Plaintiff's constitutional claims are DISMISSED without prejudice for lack of subject matter jurisdiction.  It is

FURTHER ORDERED that final judgment is hereby entered in favor of Defendants and against Plaintiff.  It is

FURTHER ORDERED that Defendants shall have their costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen days of the entry of judgment, pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.  It is

FURTHER ORDERED that this case is closed.

Dated at Denver, Colorado this 15th day of September, 2025.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/Emily Buchanan
Emily Buchanan, Deputy Clerk